JASON W. SCHAFF – SBN 244285
JEREMY J. SCHROEDER – SBN 223118
**SCHROEDER SCHAFF & LOW, INC.**
2205 Plaza Drive, Suite 225
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

Attorneys for defendant,
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| RONELL GABRIEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Defendants. | **CASE NO. 2:22-cv-00958-MCE-KJN**<br>*Complaint filed: 6/2/22*<br>*Trial Date: not set*<br><br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** |

Upon consideration of the parties' Stipulation to Amend the Scheduling Order, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED:

All orders and deadlines outlined in the Scheduling Order dated May 22, 2023, not herein amended remain in effect. The Scheduling Order is amended as follows:

1. **Discovery Deadlines:**
    a. Deadline to complete all non-expert discovery is extended from September 26, 2023, to **December 26, 2023**.
2. **Expert Witness Disclosures:**
    a. Deadline to complete expert discovery is extended from November 3, 2023, to **February 1, 2024.**

1

      b.  Deadline to disclose the identity and opinions of percipient experts and retained experts is extended from November 27, 2023, to **February 23, 2024**.

      c.  Deadline to disclose rebuttal experts is extended from December 27, 2023, to **March 26, 2024.**

**3. Dispositive Motions:**

      a.  Deadline by which the parties shall file dispositive motions is extended from March 26, 2024, to **June 24, 2024.**

**4. Trial Setting:**

      a.  The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intent to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplement expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

    IT IS SO ORDERED.

Dated: August 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE