UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONELL GABRIEL,<br><br>            Plaintiff,<br><br>     v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>            Defendant. | No.  2:22-cv-958-MCE-KJN<br><br>ORDER<br><br>(ECF No. 13.) |

Pursuant to plaintiff's motion to compel (ECF No. 13), the parties' joint statement and supplemental briefing (ECF Nos. 17, 20, and 21), and the parties' representations at the August 15, 2023 hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 13) is GRANTED.  Defendant shall:
    a. Produce its person most knowledgeable, Mr. Greer, for a deposition within 3 weeks of this order;
    b. Provide responsive supplemental responses to plaintiff's Interrogatories, Set One, Nos. 5-7 within 3 weeks of this order;
    c. Supplement its responses to plaintiff's Request for Production, Set One, Nos. 32, 37-40, 45-47, and provide full responses to plaintiff's Request for Production Set Two, within 3 weeks of this order;
    d. Review its responses to plaintiff's Request for Admissions and supplement if

1

        defendant determines—after a thorough review with counsel—that any responses should be fully admitted, denied, or otherwise amended;

    e. Produce the machine in question for an inspection within 30 days of this order (or later if by agreement of the parties); and

2. At this time, the court DENIES plaintiff's request for an order waiving all of defendant's objections. However, if plaintiff determines defendant's supplemental responses are still deficient or attempt to assert frivolous objections, plaintiff may reraise this argument with the court alongside any argument for Rule 37 sanctions that might be made.

Dated: August 16, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gabr.958

2