JASON W. SCHAFF – SBN 244285
JEREMY J. SCHROEDER – SBN 223118
**SCHROEDER SCHAFF & LOW, INC.**
2205 Plaza Drive, Suite 225
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile:  (916) 672-6602

Attorneys for defendant,
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| RONELL GABRIEL,<br><br>   Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>   Defendants. | **CASE NO. 2:22-cv-00958-MCE-KJN**<br>*Complaint filed: 6/2/22*<br>*Trial Date: not set*<br><br><br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** |

Upon consideration of the parties' Stipulation to Amend the Scheduling Order, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED:

All orders and deadlines outlined in the Scheduling Order dated May 22, 2023, not herein amended remain in effect. The Scheduling Order is amended as follows:

1. **Discovery Deadlines:**

   a. Deadline to complete all non-expert discovery is extended from December 26, 2023, to **March 25, 2023**.

2. **Expert Witness Disclosures:**

   a. Deadline to complete expert discovery is extended from February 1, 2024, to **May 1, 2024.**

1

b. Deadline to disclose the identity and opinions of percipient experts and retained experts is extended from February 23, 2024, to **May 23, 2024**.

c. Deadline to disclose rebuttal experts is extended from March 26, 2024, to **June 24, 2024.**

3. **Dispositive Motions:**

a. Deadline by which the parties shall file dispositive motions is extended from June 24, 2024, to **September 22, 2024.**

4. **Trial Setting:**

a. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (3) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intent to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (3) days after the close of the designation of supplement expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

**IT IS SO ORDERED.**

Dated:  December 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE