Anthony S. Petru, Esq., Cal. State Bar No.: 91399
Charles S. Bracewell, Esq., Cal. State Bar No.: 284985
Jessica L. Danielski, Of Counsel, Cal. State Bar No.: 308940
Clemente Gonzalez, Cal. State Bar No.: 293033
HILDEBRAND, McLEOD & NELSON LLP
5335 College Ave., Suite 5A
Oakland, CA 94618
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
RONELL GABRIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONELL GABRIEL, | Case No. 2:22-cv-00958-MCE-CSK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

Upon consideration of the parties' Stipulation to Amend the Scheduling Order, and good cause appearing, the Court orders as follows:

///

///

///

///

///

///

///

///

///

1

Order Amending Scheduling Order
Case No. 2:22-cv-00958-MCE-CSK

IT IS HEREBY ORDERED:

All orders and deadlines outlined in the Scheduling Order dated May 21, 2024, not herein amended remain in effect. The Scheduling Order is amended as follows:

1. **Expert Witness Disclosures:**

    a. Deadline to disclose the identity and opinions of percipient experts and retained experts is extended from October 1, 2024, to January 31, 2025.

    b. Deadline to disclose rebuttal experts is extended from November 1, 2024, to February 28, 2025.

    c. Deadline to complete expert discovery is extended from December 2, 2024, to March 28, 2025.

2. **Dispositive Motions:**

    a. Deadline by which the parties shall file dispositive motions is extended from December 20, 2024, to April 18, 2025.

3. **Trial Setting:**

    a. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

IT IS SO ORDERED.

Dated: September 14, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE